Seth W. Wiener (SBN 203747)
seth@sethwienerlaw.com
**LAW OFFICES OF SETH W. WIENER**
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

Paul Richter (*pro hac vice*)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449–9010
Facsimile: (302) 353–4251

David Sochia (*pro hac vice*)
Ashley N. Moore (*pro hac vice*)
Richard A. Kamprath (*pro hac vice*)
Alexandra Easley (*pro hac vice*)
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*Attorneys for Plaintiff Bell Semiconductor, LLC*

Mark D. Fowler (SBN 124235)
Alan Limbach (SBN 173059) (*pro hac vice*)
Carrie L. Williamson (SBN 230873)
**DLA Piper LLP (US)**
2000 University Avenue
East Palo Alto, California 94303
Tel: 650-833-2000
Fax: 650-833-2001

*Attorneys for Defendant Kioxia America, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>KIOXIA AMERICA, INC.,<br><br>                    Defendant. | Case No. 2:22-cv-01510-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:  April 28, 2022 |

Having considered Plaintiff Bell Semiconductor, LLC's ("Plaintiff") and Defendant Kioxia America, Inc.'s ("Defendant") (collectively the "Parties") Joint Stipulation for Second Extension of Time to Respond to Plaintiff's Initial Complaint, the Second Request is hereby **GRANTED.** The Court, therefore, hereby advances and continues the deadline as follows:

1. The deadline for Defendant to answer, move, or otherwise plead in response to the Complaint is extended from October 31, 2022 to November 14, 2022.

**IT IS SO ORDERED.**

Dated: November 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE