1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KIOXIA AMERICA, INC. and KIOXIA CORPORATION,<br><br>Defendants. | Case No. 2:22-cv-01510-WBS-DB<br><br>**ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT AND CONTINUING DECEMBER 19, 2022 STATUS CONFERENCE** |

Having considered Plaintiff Bell Semiconductor, LLC's ("Plaintiff") and Defendants Kioxia Corporation ("KIC") and Kioxia America, Inc.'s ("KAI") (both together, the "Defendants") (collectively, the "Parties"), Joint Stipulation for an Extension of Time to file a Joint Status Report and the December 19, 2022 Status Conference, the Request is hereby **GRANTED.** The Court, therefore, hereby advances and continues the deadline as follows:

    **1.**    The December 19, 2022 status conference is continued to **February 13, 2023 at 1:30 p.m.**

    2.    The parties will submit a joint status report no later than **January 30,**

**2023** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed August 26, 2022 (Docket No. 6).

**IT IS SO ORDERED.**

Dated:  December 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE